THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY W., individually, and on behalf of R.H.W., and R.H.W.,<br><br>Plaintiffs,<br><br>vs.<br><br>PREMERA BLUE CROSS, an independent licensee of the BLUE CROSS BLUE SHIELD ASSOCIATION; MICROSOFT CORPORATION; and the MICROSOFT CORPORATION WELFARE BLUECARD PPO PLAN,<br><br>Defendants. | Case No. 2:25-cv-00052-JCC<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT |

Pursuant to the Stipulation,

**IT IS SO ORDERED.**

Defendants PREMERA BLUE CROSS, an independent licensee of the BLUE CROSS BLUE SHIELD ASSOCIATION; MICROSOFT CORPORATION; and the MICROSOFT CORPORATION WELFARE BLUECARD PPO PLAN, shall file their responsive pleadings to the Complaint [ECF 1] by Friday, May 23, 2025.

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT - 1

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

KILPATRICK TOWNSEND 79538212 2

1  DATED this 3rd day of April 2025.

2

3

4  *[signature: John C. Coughenour]*

   _____
5  THE HONORABLE JOHN C. COUGHENOUR

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT - 2

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

KILPATRICK TOWNSEND 79538212 2

# CERTIFICATE OF SERVICE

I certify that on the date indicated below I caused a copy of the foregoing document, [PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT to be filed with the Clerk of the Court via the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys of record:

| Attorney | Method |
|---|---|
| **Karra J Porter**<br>CHRISTENSEN & JENSEN PC<br>257 EAST 200 SOUTH<br>STE 1100<br>SALT LAKE CITY, UT 84111<br>801-323-5000<br>Fax: 801-355-3472<br>Email: karra.porter@chrisjen.com | ☒ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| **Tamara Kristine Nelson**<br>MERRICK HOFSTEDT & LINDSEY<br>3101 WESTERN AVE<br>STE 200<br>SEATTLE, WA 98121<br>206-623-9900<br>Email: tnelson@mhlseattle.com | ☒ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| **Christine Hawkins**<br>DAVIS WRITE TREMAINE LLP<br>929 108th Avenue, Suite 1500<br>Bellevue, WA 98004<br>425-646-6112<br>christinehawkins@dwt.com | ☒ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |

DATED: April 3, 2025.

KILPATRICK TOWNSEND & STOCKTON LLP

*/s/ Gwendolyn C. Payton*
Gwendolyn C. Payton, WSBA #26752

[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT - 3

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

KILPATRICK TOWNSEND 79538212 2