THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY W., individually, and on behalf of R.H.W., and R.H.W., <br><br>                    Plaintiffs,<br>     v.<br><br>PREMERA BLUE CROSS, and independent licensee of the BLUE CROSS BLUE SHIELD ASSOCIATION; and the MICROSOFT CORPORAATION WELFARE BLUE CARD PPO PLAN,<br><br>                    Defendants. | CASE NO. C25-052-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' notice of voluntary dismissal (Dkt. No. 26), which is signed only by Plaintiffs' counsel. Thus, it does not comply with Rule 41 and is ineffective.[1] If the parties desire a stipulated dismissal, the Court DIRECTS them to file a revised notice which is signed by <u>all</u> parties who have appeared (including counsel).

---

[1] Under the rule, a case may be dismissed without a court order if there is a "stipulation of dismissal signed by *all* parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii) (emphasis added).

MINUTE ORDER
C25-052-JCC
PAGE - 1

DATED this 25th day of August 2025.

Ravi Subramanian
Clerk of Court

s/Kadya Peter
Deputy Clerk